SYLVANUS SHUMWAY, Executor, etc., Respondent, *v.* WILLIAM COOLEY et al., Appellants.

(Submitted January 13, 1875; decided May term, 1875.)

DECIDED upon the facts in the case.

*Isaac S. Newton* for the appellants.

*Prindle & Knapp* for the respondent.

DWIGHT, C., reads for affirmance.
All concur.
Judgment affirmed.